U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

JAN - 8 1999

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

| | |
|---|---|
| **SCOTTSDALE INSURANCE COMPANY** | **CIVIL ACTION NO.: CV98-0032-L-O** |
| **VERSUS** | **JUDGE MELANCON** |
| **SEA-SAFE, INC.** | **MAGISTRATE TYNES** |

---

### JOINT MOTION AND ~~ORDER~~ OF DISMISSAL

ON MOTION of plaintiff and defendants herein, through undersigned counsel, and on suggesting to the Court that plaintiff, SCOTTSDALE INSURANCE COMPANY, voluntarily dismisses its claims against defendants, SEA-SAFE, INC,. on its own behalf;

IT IS ORDERED, ADJUDGED AND DECREED that the above numbered and entitled suit be and the same is hereby dismissed without prejudice as to the rights of plaintiff against defendant SEA-SAFE, INC. Costs to be paid by Scottsdale Insurance Company.

THUS DONE AND SIGNED at Lafayette, Louisiana, this _____ day of _____, 1999.

_____
DISTRICT JUDGE

Respectfully submitted:
**LEONARD & LEONARD, LTD.**
**A Professional Law Corporation**


_____
**JOHN P. GUILLORY (18240)**
**ANDREW P. HILL (25707)**
2448 Johnston Street
Post Office Box 91823
Lafayette, LA 70509-1823
(318) 233-4424
Attorneys for Plaintiffs,
Scottsdale Insurance Company

APPROVED:
THE LABORDE LAW FIRM, L.L.C.


_____
Mr. David S. Laborde (20907)
102 Asma Boulevard, Suite 100
Post Office Box 80098
Lafayette, LA 70598-0098
(318) 261-2617
Attorneys for Defendants, Sea-Safe, Inc.

H:\HILL FILES\Scottsdale\PLEADINGS\MOTIONS\MOTION AND ORDER TO DISMISS.doc

RECEIVED

JAN 8 1999

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY | CIVIL ACTION NO.: CV98-0032-L-O |
| VERSUS | JUDGE MELANCON |
| SEA-SAFE, INC. | MAGISTRATE TYNES |

---

## ~~JOINT MOTION~~ AND ORDER OF DISMISSAL

IT IS ORDERED, ADJUDGED AND DECREED that the above numbered and entitled suit

be and the same is hereby dismissed without prejudice as to the rights of plaintiff against defendant

SEA-SAFE, INC. Costs to be paid by Scottsdale Insurance Company.

THUS DONE AND SIGNED at Lafayette, Louisiana, this ____ day of _____, 1999.

_____
DISTRICT JUDGE

Respectfully submitted:                         APPROVED:
**LEONARD & LEONARD, LTD.**                      THE LABORDE LAW FIRM, L.L.C.
**A Professional Law Corporation**

_____        _____
**JOHN P. GUILLORY (18240)**            Mr. David S. Laborde (20907)
**ANDREW P. HILL (25707)**              102 Asma Boulevard, Suite 100
2448 Johnston Street                    Post Office Box 80098
Post Office Box 91823                   Lafayette, LA 70598-0098
Lafayette, LA 70509-1823                (318) 261-2617
(318) 233-4424                          Attorneys for Defendants, Sea-Safe, Inc.
Attorneys for Plaintiffs,
Scottsdale Insurance Company
H:\HILL FILES\Scottsdale\PLEADINGS\MOTIONS\MOTION AND ORDER TO DISMISS.doc

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has this day been mailed to all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this _____ day of January, 1999.

ANDREW P. HILL

H:\HILL FILES\Scottsdale\PLEADINGS\MOTIONS\MOT SUB CNS APH WESTERN DISTRICT.doc

H. LEE LEONARD
KEITHA A. LEONARD
JOHN P. GUILLORY
MELVIN A. EIDEN
C. BLASE McCARTHY, JR.
MAX M. MENARD
ANDREW P. HILL



**LEONARD & LEONARD, LTD.**

A Professional Law Corporation

2448 JOHNSTON STREET
P.O. BOX 91823
LAFAYETTE, LA 70509-1823
TELEPHONE (318) 233-4424
FAX (318) 234-6533

RECEIVED

JAN - 8 1999

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

January 5, 1999

Hon. Mildred Baker
113 Federal Building
705 Jefferson Street
Lafayette, LA 70501

      Re:   Scottsdale Insurance Company
             vs. Sea-Safe
             Civil Action No. CV98-0032 L-O

Dear Ms. Baker:

      Enclosed please find an original and copies of Scottsdale Insurance Company's Motion and Order to Substitute Counsel of Record and Joint Motion and Order of Dismissal in reference to the aforementioned matter. Please file same into the records of your office and return a stamped conformed copy to my office.

      Should you have any questions, please do not hesitate to contact me.

      With kindest regards, I remain

                         Very truly yours,
                         **LEONARD & LEONARD, Ltd.**
                         **A Professional Law Corporation**

                         **ANDREW P. HILL**

APH/mac
Enclosure
cc:   Mr. David C. Laborde
       Honorable Tucker L. Melancon
H:\HILL FILES\Scottsdale\CORRESPONDENCE\CLERK\SUB COUNSEL AND DISMISSAL.doc